# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

United States of America,          )   Case No.: 2:13-cr-367
                                   )
            Plaintiff,             )   ORDER FOR ISSUANCE OF
                                   )   WRIT OF HABEUS CORPUS
    vs.                            )   AD PROSEDUENDUM FOR
                                   )   RAMSEY LAMAR HILL
RAMSEY LAMAR HILL,                 )   (ID#) 2698054
                                   )
            Defendant.             )
_____)

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RAMSEY LAMAR HILL** before the United States District Court at Las Vegas, Nevada, on or about I/A & A/P Thurs. 10/3/2013 3:00pm Presiding Judge 3C  e hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 24, 2013

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336

5

# UNITED STATES DISTRICT COURT
6
## DISTRICT OF NEVADA
7
-oOo-

8
| United States of America, | ) | Case No.: 2:13-cr- 367 |
|---|---|---|
9  | | ) | |
   | Plaintiff, | ) | PETITION FOR WRIT OF HABEUS |
10 | | ) | CORPUS AD PROSEDUENDUM FOR |
   | | ) | RAMSEY LAMAR HILL |
   | vs. | ) | |
11 | | ) | (ID#) 2698054 |
   | RAMSEY LAMAR HILL, | ) | |
12 | | ) | |
   | Defendant. | ) | |
13 | | ) | |

14      The petition of the United States Attorney for the District of Nevada respectfully shows

15  that **RAMSEY LAMAR HILL**, is committed by due process of law in the custody of the

16  Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said

17  **RAMSEY LAMAR HILL** be temporarily released under a Writ of Habeas Corpus Ad

18  Prosequendum so that the said **RAMSEY LAMAR HILL** may be present before the United

19  States District Court for the District of Nevada, at City, State, on I/A & A/P Thurs. 10/3/2013 3:00pm Presiding Judge 3C _____, at the hour

20  of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by

21  the said Court.

22      That the presence of the said **RAMSEY LAMAR HILL** before the United States

23  District Court on or about I/A & A/P Thurs. 10/3/2013 3:00pm Presiding Judge 3C _____, at the hour of 3:00 p.m., for arraignment and from

24  time to time and day to day thereafter until excused by the Court has been ordered by the United

1   States Magistrate or District Judge for the District of Nevada.

2        WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

3   Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,

4   Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding

5   them to produce the said **RAMSEY LAMAR HILL** before the United States District Court on

    I/A & A/P Thurs. 10/3/2013
    3:00pm  Presiding Judge 3C

6   or about _____, at the hour of 3:00 p.m., for arraignment and from time to time and

7   day to day thereafter, at such times and places as may be ordered and directed by the Court

8   entitled above, to appear before the Court, and when excused by the said Court, to be returned

9   to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

10        DATED this 24th day of September, 2013.

11

12              Respectfully submitted,

13              DANIEL G. BOGDEN
           United States Attorney

14

15              PHILLIP N. SMITH, JR.
           Assistant United States Attorney

16

17

18

19

20

21

22

23

24