# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

United States of America,

                Plaintiff,

  v.

Ramsey Lamar Hill,

                Defendant.

JUDGMENT

Case Number: 2:13-cr-00367-JAD-VCF

(Related case: 2:20-cv-01125-JAD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Ramsey Lamar Hill's motion to vacate under 28 U.S.C. § 2255 is denied.
A certificate of appealability is denied.

| | |
|---|---|
| 2/1/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |