UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMSEY LAMAR HILL,<br><br>Defendant. | Case No. 2:13-cr-00367-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 72 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for September 27, 2021 at 9:00 a.m., be vacated and continued to November 8, 2021, at 10:00 a.m.

DATED this 27th day of September 2021.

_____
UNITED STATES DISTRICT JUDGE